IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRK J. LUDLOW,<br><br>            Plaintiff,<br><br>   vs.<br><br>BNSF RAILWAY COMPANY, a<br>Delaware corporation;<br><br>            Defendant. | **4:12CV3113**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1. The parties' joint motion to continue, (Filing No. 39), is granted.

2. The discovery deadline, previously set for January 31, 2013 is extended to April 5, 2013.

3. All other unexpired deadlines within the progression order, including the pretrial conference and trial date, are continued. These dates will be discussed and re-set during the telephonic conference previously scheduled for February 5, 2013 at 9:00 CST.

January 24, 2013.

                                                                          BY THE COURT:

                                                                          *s/ Cheryl R. Zwart*
                                                                          United States Magistrate Judge