IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRK J. LUDLOW,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation;<br><br>　　　　　Defendant. | 4:12CV3113<br><br>ORDER ON DEFENDANT BNSF RAILWAY COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

　　　IT IS ORDERED that the Defendant BNSF Railway Company's Unopposed Motion for Extension of time to File, Reply Brief in Support of Motion for Summary Judgment, ECF No. 70, is granted and the defendant shall have on or before May 28, 2013, to file and serve its reply brief in support of its motion for summary judgment.

　　　Dated May 15, 2013.

　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Warren K. Urbom
　　　　　　　　　　　　　　　　　　　United States Senior District Judge