IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIRK J. LUDLOW, | ) | 4:12CV3113 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. Defendant's objections to Plaintiff's designations of videotaped deposition testimony (filings 82, 83, 84, 85, 86, 87, 88, 89, 90, and 91) are denied without prejudice to reassertion at the time of trial; and

2. Plaintiff's objections to Defendant's pretrial disclosures (filing 92) are denied without prejudice to reassertion at the time of trial.

DATED this 7th day of October, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge