IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIRK J. LUDLOW, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3113 |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, a | ) | **ORDER** |
| Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

After consideration of the Joint Motion in Limine Regarding Unresolved
Objections to the Parties' Designations of Deposition Testimony (Filing 96),

IT IS ORDERED:

1.  The Joint Motion in Limine Regarding Unresolved Objections to the
    Parties' Designations of Deposition Testimony (Filing 96) is denied
    without prejudice to reassertion at the time of trial;

2.  The court shall rule on the parties' objections as the video depositions are
    played in court;

3.  Counsel are encouraged to exercise discretion in editing the video
    depositions to remove those portions that are obviously objectionable.

DATED this 9th day of October, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge