IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KIRK J. LUDLOW,

                    Plaintiff,                                    **4:12CV3113**

          vs.

BNSF RAILWAY COMPANY, a                              **MEMORANDUM AND ORDER**
Delaware corporation;

                    Defendant.

The parties are hereby advised that no criminal cases remain on Judge Kopf's calendar for the week of November 4, 2013. Accordingly,

1)      The trial of the above-captioned case will commence beginning at 9:00 a.m. in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **November 4, 2013**. Jury selection will be held at the commencement of trial.

2)      The Pretrial Order is modified as follows:  On or before November 30, 2013, the parties' joint and separate  jury instructions shall be submitted to Judge Kopf in accordance with his Civil Jury Trial Practices, posted on the court's public website at http://www.ned.uscourts.gov/attorney/judges-information/richard-g-kopf.

October 25, 2013.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge