IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIRK J. LUDLOW, | ) | 4:12CV3113 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BNSF RAILWAY COMPANY, a Delaware corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. Filing 99, Defendant's motion for witness sequestration, is granted.

2. Filing 101, Defendant's motion in limine regarding Frederick Martinez, is granted.

3. Filing 102, Defendant's motion in limine regarding the impact on Plaintiff's family, is granted.

4. Filing 103, Defendant's motion in limine regarding Berkshire Hathaway, is granted.

5. Filing 106, Plaintiff's motion in limine, is denied without prejudice to reassertion at trial.

DATED this 4th day of November, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge