IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
KIRK J. LUDLOW,              )    4:12CV3113
                             )
          Plaintiff,         )
                             )
     v.                      )    VERDICT FORM
                             )
BNSF RAILWAY COMPANY,        )
                             )
          Defendant.         )
```

Please answer the following questions in accordance with the jury instructions and the instructions contained in the form. It is possible that you will answer some but not all questions.

## VERDICT

### A. Liability

**Note:**   Complete this Part A of the Verdict Form by writing in the name required by your verdict.

### 1. Plaintiff's Wrongful Discharge Claim

On Plaintiff's wrongful discharge claim against Defendant, we find in favor of:

_____ BNSF _____.
    [Plaintiff Kirk Ludlow]     or     [Defendant BNSF Railway Company]

### 2. Plaintiff's NFEPA Claim

On Plaintiff's NFEPA claim against Defendant, we find in favor of:

_____ Kirk Ludlow _____.
    [Plaintiff Kirk Ludlow]     or     [Defendant BNSF Railway Company]

Kirk J. Ludlow v. BNSF Railway Company, Case No. 4:12CV3113
Page 2 of Verdict Form

## B. Damages

**Note:** Complete Part B of the Verdict Form <u>only</u> if you have found in favor of Plaintiff on one or both of his claims. If your finding is in favor of Defendant on both claims leave the spaces below blank and proceed to Execution of Verdict Form.

### 1. Lost Wages and Benefits

We find Plaintiff's damages for loss of wages and benefits through the date of the verdict to be:

$ 192,850.00 (stating the amount or, if none, write the word "None").

### 2. Future Lost Wages and Benefits

We find Plaintiff's damages for loss of future wages and benefits, reduced to present value, to be:

$ 42,519.00 (stating the amount or, if none, write the word "None").

### 3. Other Damages

We find Plaintiff's other damages, excluding lost wages and benefits, to be:

$ None (stating the amount or, if none, write the word "None").

Kirk J. Ludlow v. BNSF Railway Company, Case No. 4:12CV3113
Page 3 of Verdict Form

## EXECUTION OF VERDICT FORM

**Note:**   The Foreperson shall sign and date the verdict form, and such signature shall mean that the verdict was unanimous.

DATED this _14th_ day of _NOVEMBER_____, 2013.

                            _____
                            **FOREPERSON**