IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIRK J. LUDLOW, | ) | 4:12CV3113 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BNSF RAILWAY COMPANY, a Delaware corporation, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

IT IS ORDERED that Defendant's motion for extension of time (filing 162) is granted, as follows:

1. Defendant shall have until January 27, 2014, to file a reply regarding its renewed motion for judgment as a matter of law, etc. (filing 153).

2. Defendant shall have until February 3, 2014, to respond to Plaintiff's motion for attorney fees and costs (filing 155).

DATED this 13th day of January, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge