# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIRK J. LUDLOW, | ) | 4:12CV3113 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BNSF RAILWAY COMPANY, a | ) | |
| Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Defendant's motion for extension of time (filing 167) is granted, and Defendant shall have until February 17, 2014, to respond to Plaintiff's motion for attorney fees and costs (filing 155).

DATED this 4th day of February, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge