IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRK J. LUDLOW,<br><br>           Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a<br>Delaware corporation;<br><br>           Defendant. | **4:12CV3113**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Joshua P. Wunderlich as counsel of record on behalf of Kirk J. Ludlow, (filing no. 176), is granted.

Dated this 2nd day of May, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge